JS 44  (Rev. 12/11)    District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (*SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.*)

## I. (a) PLAINTIFFS
John Doe

## DEFENDANTS
Aspen Valley Hospital District d/b/a Aspen Valley Hospital; Terry Collins; Alicia Miller; Dawn Gilkerson; Elaine Gerson; Stephen Knowles; Michelle Gelroth

**(b)** County of Residence of First Listed Plaintiff: Garfield
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mari Newman
Killmer, Lane & Newman, LLP, 1543 Champa Street, Suite 400, Denver, CO
(303) 571-1000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
(Not applicable — Federal Question case)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

CIVIL RIGHTS:
- [X] 440 Other Civil Rights
- [X] 442 Employment

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983, 29 U.S.C. § 2615(a)

Brief description of cause:
Due Process Right to Privacy, Negligence, Invasion of Privacy, Outrageous Conduct, Respondeat Superior, First Amendment, FMLA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- JURY DEMAND: [X] Yes  [ ] No

**DATE:** June 10, 2016

**SIGNATURE OF ATTORNEY OF RECORD:** s/ Mari Newman

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____