# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01404-CBS

JOHN DOE,[1]

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT (d/b/a ASPEN VALLEY HOSPITAL);
ALICIA MILLER, in her individual and official capacities,
DAWN GILKERSON, in her individual and official capacities,
ELAINE GERSON, in her individual and official capacities,
STEPHEN KNOWLES, in his individual and official capacities, and
MICHELLE GELROTH, in her individual and official capacities,

    Defendants.

_____

## NOTICE OF FILING OF AMENDED COMPLAINT
_____

    Plaintiff, by and through his undersigned counsel of record and pursuant to D.C.Colo.LCivR 15.1(a), hereby provides Notice that Plaintiff has filed an Amended Complaint and Jury Demand, and attaches hereto as **Exhibit 1** the redlined version of the pleading.

    DATED this 14th day of June 2016.

                                              KILLMER, LANE & NEWMAN, LLP

                                              *s/ Mari Newman*
                                              _____
                                              Mari Newman
                                              Darold W. Killmer
                                              Eudoxie (Dunia) Dickey
                                              KILLMER, LANE & NEWMAN, LLP
                                              1543 Champa Street, Suite 400
                                              Denver, CO 80202
                                              Phone: (303) 571-1000
                                              Facsimile: (303) 571-1001
                                              mnewman@kln-law.com

---

[1] Plaintiff intends to file a Motion to Proceed Under Pseudonym.

dkillmer@kln-law.com
ddickey@kln-law.com

*Counsel for Plaintiff*