# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01404-PAB-GPG

JOHN DOE,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT (d/b/a ASPEN VALLEY HOSPITAL);
ALICIA MILLER, in her individual and official capacities,
DAWN GILKERSON, in her individual and official capacities,
ELAINE GERSON, in her individual and official capacities,
STEPHEN KNOWLES, in his individual and official capacities, and
MICHELLE GELROTH, in her individual and official capacities,

    Defendants.
_____

## JOINT NOTICE OF SETTLEMENT
_____

    The Parties, by and through their respective undersigned counsel of record, hereby provide the Court with Notice that a settlement in this case has been reached as follows:

    1.    The parties participated in private mediation on August 24, 2016, and after further negotiation, have reached a settlement of all claims.

    2.    The parties anticipate filing a stipulation to dismiss this action with prejudice as soon as they have resolved all matters pursuant to the terms of the settlement agreement.

    3.    The parties contemplate that, pursuant to the terms of a settlement agreement, they will file a stipulation to dismiss this action with prejudice pursuant to Fed.R.Civ.R. 41(a) on or before October 14, 2016.

    DATED this 22nd day of September 2016.

BY THE PARTIES:

| | |
|---|---|
| *s/ Mari Newman* | *s/ Leslie Miller* |
| Mari Newman | Leslie Miller, Esq. |
| Eudoxie (Dunia) Dickey | The Law Offices of Leslie Miller, LLC |
| KILLMER, LANE & NEWMAN, LLP | P.O. Box 2671 |
| 1543 Champa Street, Suite 400 | Centennial, CO 80161 |
| Denver, CO 80202 | (720) 316-5545 |
| (303) 571-1000 | leslie@lesliemillerlaw.com |
| (303) 571-1001 fax | |
| mnewman@kln-law.com | *Attorney for Defendants* |
| ddickey@kln-law.com | |
| | |
| *Attorneys for Plaintiff* | |