# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:16-cv-01404-PAB-GPG

JOHN DOE,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT (d/b/a ASPEN VALLEY HOSPITAL);
ALICIA MILLER, in her individual and official capacities,
DAWN GILKERSON, in her individual and official capacities,
ELAINE GERSON, in her individual and official capacities,
STEPHEN KNOWLES, in his individual and official capacities, and
MICHELLE GELROTH, in her individual and official capacities,

    Defendants.
_____

## STIPULATION TO DISMISS WITH PREJUDICE
_____

The Parties, by and through their respective undersigned counsel of record, hereby stipulate to dismiss this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own fees, costs and expenses, and state as follows:

1. The Parties participated in a private mediation on August 24, 2016, and after further negotiations, have reached a settlement of all claims in this action.

2. Pursuant to the terms of the settlement agreement, the Parties hereby stipulate to dismiss this action with prejudice, each party to bear its own fees, costs and expenses.

Dated and respectfully submitted this 3rd day of October 2016.

BY THE PARTIES:

*s/ Mari Newman*                                                 *s/ Leslie Miller*
_____      _____

| | |
|---|---|
| Mari Newman<br>Eudoxie (Dunia) Dickey<br>KILLMER, LANE & NEWMAN, LLP<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>(303) 571-1000<br>(303) 571-1001 fax<br>mnewman@kln-law.com<br>ddickey@kln-law.com<br><br>*Attorneys for Plaintiff* | Leslie Miller, Esq.<br>The Law Offices of Leslie Miller, LLC<br>P.O. Box 2671<br>Centennial, CO 80161<br>(720) 316-5545<br>leslie@lesliemillerlaw.com<br><br>*Attorney for Defendants* |